# Exhibit A

## Schedule of Unpaid IDR Awards

| Account | Dispute ID | HCPC | Claim Number | Payor Grouping | Plan Sponsor | Plan Name | Decision Date | IDR award | Paid Amt as of 08.24.2026 | Balance Owed | ERISA? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 434414 | DISP-4890059 | A0431 | 2025257BD2585 | BCBS MO | ACA Exchange | N/A | 5/25/2026 | $44,142.28 | $11,292.15 | $32,850.13 | No |
| 434414 | DISP-5550338 | A0436 | 2025257BD2585 | BCBS MO | ACA Exchange | N/A | 5/26/2026 | $49,371.12 | $8,542.80 | $40,828.32 | No |
| 435431 | DISP-4553371 | A0431 | 2025154DU1197 | BCBS MO | Unknown | Unknown | 1/28/2026 | $44,142.28 | $11,857.07 | $32,285.21 | Unknown |
| 431234 | DISP-4828038 | A0436 | 2025170DJ6533 | BCBS MO | Unknown | Unknown | 5/19/2026 | $41,259.74 | $7,546.81 | $33,712.93 | Unknown |
| 444710 | DISP-5890323 | A0436 | 2025302DX1172 | BCBS MO | Unknown | Unknown | 6/10/2026 | $46,527.16 | $19,274.39 | $27,252.77 | Unknown |
| 441667 | DISP-6325071 | A0431 | 2025258DQ3514 | BCBS MO | ASTEC INDUSTRIES, INC. | GROUP LIFE & HEALTH INSURANCE PLAN FOR ALL EMPLOYEES OF ASTEC INDUSTRIES INC. & SUBSIDIARIES | 6/18/2026 | $42,205.49 | $16,938.23 | $25,267.26 | Yes |
| 441667 | DISP-6325073 | A0436 | 2025258DQ3514 | BCBS MO | ASTEC INDUSTRIES, INC. | GROUP LIFE & HEALTH INSURANCE PLAN FOR ALL EMPLOYEES OF ASTEC INDUSTRIES INC. & SUBSIDIARIES | 6/18/2026 | $46,978.88 | $12,339.60 | $34,639.28 | Yes |
| 440873 | DISP-5405078 | A0431 | 2025240BT2119 | BCBS MO | TKM Group, LLC | TKM Group, LLC Employee Health and Welfare Benefit Plan | 6/10/2026 | $44,142.28 | $12,323.35 | $31,818.93 | Yes |
| 439591 | DISP-4731143 | A0436 | 2025226BR5196 | BCBS MO | TURNPOINT SERVICES | ESSENTIAL SERVICES HOLDING CORPORATION HEALTH AND WELFARE PLAN (FORMERLY TURNPOINT SERVICES HEALTH AND WELFARE PLAN) | 1/28/2026 | $47,085.42 | $8,147.30 | $38,938.12 | Yes |

**TOTAL** **$297,592.95**